AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Tatel, David S. | U.S. Court of Appeals, DC Cir. | 05/10/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge (Active) | ☐ Nomination  Date  ☐ Initial  ☑ Annual  ☐ Final  **5b.** ☐ Amended Report | 01/01/2011 to 12/31/2011 |

**7. Chambers or Office Address**

Prettyman U.S. Courthouse
333 Constitution Ave., NW
Washington, DC 20001

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Carnegie Foundation for the Advancement of Teaching |
| 2. | Director | Equal Justice Works |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tatel, David S. | 05/10/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | Self-Employed (education consultant) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Stanford Law School, Stanford, CA | 2/2/11 | Stanford, CA | Participate in Moot Court Competition | Airfare, Hotel, Rental Car, Meals, Local Transportation |
| 2. | Carnegie Foundation for the Advancement of Teaching, Stanford, CA | 3/17/11-3/18/11 | Stanford, CA | Board & Executive Committee Meetings | Airfare, Hotel, Rental Car, Meals, Local Transportation |
| 3. | University of Virginia School of Law, Charlottesville, VA | 4/8/11-4/10/11 | Charlottesville, VA | Participate in Moot Court Competition | Train fare, Parking |
| 4. | The National Academies, Washington, D.C. | 4/11/11-4/12/11 | Washington, DC | Committee meetings | Local Transportation |

| 5. | Carnegie Foundation for the Advancement of Teaching, Stanford, CA | 6/13/11-6/14/11 | Stanford, CA | Board Meeting | Airfare, Meals, Local Transportation |
|---|---|---|---|---|---|
| 6. | Spencer Foundation, Chicago, IL | 10/19/11 | Chicago, IL | Board Meeting | Airfare, Meals, Local Transportation |
| 7. | The National Academies | 10/24/11-10/25/11 | Washington, D.C. | Committee Meetings | Local Transportation |

| Name of Person Reporting | Date of Report |
|---|---|
| Tatel, David S. | 05/10/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tatel, David S. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Capital One Bank- checking acct | A | Interest | K | T | | | | | |
| 2. ING Bank-savings acct(s) | A | Interest | J | T | | | | | |
| 3. ING Bank-checking acct. | | None | J | T | | | | | |
| 4. Starbucks Corp. | A | Dividend | L | T | | | | | |
| 5. Standard & Poors Midcap 400 | A | Dividend | L | T | | | | | |
| 6. Federal Realty Investment Trust | B | Dividend | L | T | | | | | |
| 7. Avalonbay Communities | B | Dividend | L | T | | | | | |
| 8. Nexen Inc. | A | Dividend | | | Sold | 11/16/11 | K | B | |
| 9. Suncor Energy Inc. | A | Dividend | K | T | | | | | |
| 10. Encana Corp. | A | Dividend | | | Sold | 8/9/11 | J | A | |
| 11. SEI Daily Income TR Govt Port Cl B | A | Dividend | | | Sold | 5/2/11 | K | A | |
| 12. Newport News, VA 5% due 11/1/15 | B | Interest | L | T | | | | | |
| 13. Wisconsin St 4.75% due 5/1/25 | B | Interest | L | T | | | | | |
| 14. Spring, TX Indpt Sch 5% due 8/15/33 | B | Interest | K | T | | | | | |
| 15. Cenovus Energy Inc. | A | Dividend | J | T | | | | | |
| 16. Vanguard Short Term Fed Adm | A | Dividend | | | Sold | 05/04/11 | K | A | |
| 17. U.S. Treasury Bill 0% due 2/24/11 | A | Interest | | | Matured | 02/24/11 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tatel, David S. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. U.S. Treasury Bill 0% due 9/22/11 | A | Interest | | | Buy | 3/25/11 | K | | |
| 19. -See Line 18 | | | | | Sold | 5/25/11 | K | A | |
| 20. Schwab Advisors Cash Reserves Premier Fund | A | Dividend | J | T | Buy | 05/09/11 | K | | |
| 21. -See Line 20 | | | | | Buy (add'l) | 5/13/11 | K | | |
| 22. -See Line 20 | | | | | Buy (add'l) | 8/4/11 | J | | |
| 23. -See Line 20 | | | | | Sold (part) | 5/26/11 | K | A | |
| 24. -See Line 20 | | | | | Sold (part) | 12/20/11 | K | A | |
| 25. DFA Emerging Markets Core Equity Portfolio | A | Dividend | J | T | Buy | 10/13/11 | K | | |
| 26. --See Line 25 | | | | | Sold (part) | 12/16/11 | K | A | |
| 27. DFA Emerging Markets Value Portfolio | A | Dividend | K | T | Buy | 5/23/11 | L | | |
| 28. --See Line 27 | | | | | Buy (add'l) | 11/18/11 | K | | |
| 29. --Lee Line 27 | | | | | Sold (part) | 10/12/11 | K | A | |
| 30. DFA International Small Cap Value Portfolio | A | Dividend | J | T | Buy | 6/28/11 | J | | |
| 31. DFA T.A. U.S. Core Equity 2 Portfolio | A | Dividend | J | T | Buy | 8/19/11 | J | | |
| 32. Simplified Employee Pension Plan (SEP-IRA) | C | Int./Div. | M | T | | | | | |
| 33. --SEI Daily Income TR Govt Port Cl B | | | | | Sold | 5/21/11 | K | A | |
| 34. --Canadian Oil Sands Trust | | | | | Sold (part) | 5/24/11 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tatel, David S. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. --See Line 34 | | | | | Sold | 5/25/11 | J | B | |
| 36. --SPDR S&P 500 ETF Trust | | | | | Sold | 5/25/11 | K | D | |
| 37. --Vanguard Wellington- Admiral | | | | | Sold | 5/23/11 | K | C | |
| 38. --Vanguard Short Term Fed Admiral | | | | | Sold | 5/4/11 | K | A | |
| 39. --PIMCO Enhanced Short Maturity Fund | | | | | Buy | 1/26/11 | K | | |
| 40. --See Line 39 | | | | | Sold | 5/23/11 | K | A | |
| 41. --Schwab Advisors Cash Reserve Premier Fund | | | | | Buy | 5/21/11 | K | | |
| 42. --DFA Actively Hedged Global Fixed Income Portfolio | | | | | Buy | 6/1/11 | L | | |
| 43. --DFA International Core Equity Portfolio | | | | | Buy | 5/31/11 | L | | |
| 44. Individual Retirement Account | F | Int./Div. | P1 | T | | | | | |
| 45. --Ishares MSCI Canada Index Fund, Inc. | | | | | Sold | 5/19/11 | L | F | |
| 46. --Morgan Stanley MTN Var-Cpn 2/1/11 | | | | | Matured | 2/1/11 | L | A | |
| 47. --Weingarten Realty Investors Fund | | | | | Sold | 5/24/11 | K | A | |
| 48. --CISCO Systems, Inc. | | | | | Sold | 5/26/11 | K | A | |
| 49. --SEI Daily Income TR Govt Portfolio Cl B | | | | | Sold | 5/11/11 | N | A | |
| 50. --U.S. Treasury TIPS 2% due 1/15/26 | | | | | | | | | |
| 51. --Vanguard S/T Investment Grade Fd | | | | | Sold | 5/4/11 | L | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tatel, David S. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --See Line 51 | | | | | Buy | 6/1/11 | M | | |
| 53. --SPDR S&P 500 ETF Trust | | | | | Sold | 5/18/11 | L | E | |
| 54. --Nestle SA Spons ADRs | | | | | Sold | 5/20/11 | L | E | |
| 55. --Coca Cola Co. | | | | | Sold | 5/18/11 | K | E | |
| 56. --McDonalds Corp. | | | | | Sold | 5/23/11 | L | E | |
| 57. --Vanguard Inter Term Corporate Bond Fd | | | | | | | | | |
| 58. --T. Rowe Price New Asia Fund #39 | | | | | Sold | 5/17/11 | K | D | |
| 59. --Pepsico Inc. | | | | | Sold | 5/18/11 | K | D | |
| 60. --Walmart Stores Inc. | | | | | Sold | 5/19/11 | L | B | |
| 61. --Gold Coast Bank CD 1% due 4/11/11 | | | | | Matured | 4/11/11 | L | A | |
| 62. --IBM Corporation | | | | | Sold | 5/19/11 | L | D | |
| 63. --Intel Corporation | | | | | Sold | 5/20/11 | K | A | |
| 64. --Vanguard Wellington Admiral | | | | | Sold | 5/19/11 | M | E | |
| 65. --Vanguard Short Term Federal Admiral | | | | | Sold | 6/1/11 | M | B | |
| 66. --Beal Bank CD .45% due 3/9/11 | | | | | Matured | 3/9/11 | M | A | |
| 67. --U.S. Treasury Bill 0% due 1/20/11 | | | | | Matured | 1/20/11 | M | A | |
| 68. --U.S. Treasury Bill 0% due 4/14/11 | | | | | Matured | 4/14/11 | N | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tatel, David S. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --U.S. Treasury Bill 0% due 6/16/11 | | | | | Matured | 6/16/11 | M | A | |
| 70. --FHLB V-A 2% due 5/18/16 | | | | | | | | | |
| 71. --Fifth Third Bank CD .35% due 2/2/12 | | | | | Buy | 1/24/11 | M | | |
| 72. --PIMCO Enhanced Short Maturity | | | | | Buy | 1/26/11 | M | | |
| 73. --See Line 72 | | | | | Sold | 5/26/11 | M | A | |
| 74. --Vanguard International Value Fund | | | | | Buy | 2/3/11 | K | | |
| 75. --See Line 74 | | | | | Sold | 5/17/11 | K | A | |
| 76. --Wright Express .3% due 12/30/11 | | | | | Buy | 3/15/11 | M | | |
| 77. --See Line 76 | | | | | Matured | 12/30/11 | M | A | |
| 78. --Rydex S&P Equal Weight ETF | | | | | Buy | 4/26/11 | L | | |
| 79. --See Line 78 | | | | | Sold | 5/20/11 | L | A | |
| 80. --DFA Five Year Global Fixed Income Portfolio | | | | | Buy | 5/17/11 | L | | |
| 81. --See Line 80 | | | | | Buy (add'l) | 6/20/11 | L | | |
| 82. --See Line 80 | | | | | Buy (add'l) | 6/27/11 | K | | |
| 83. --See Line 80 | | | | | Sold (part) | 9/6/11 | K | A | |
| 84. --DFA Short Term Extended Quality Portfolio Instl | | | | | Buy | 5/25/11 | N | | |
| 85. --See Line 84 | | | | | Sold (part) | 9/6/11 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. --DFA Short Term Government Portfolio | | | | | Buy | 6/20/11 | M | | |
| 87. --DFA Selectively Hedged Global Fixed Income Portfolio | | | | | Buy | 5/17/11 | L | | |
| 88. --See Line 87 | | | | | Buy (add'l) | 6/27/11 | K | | |
| 89. --See Line 87 | | | | | Sold (part) | 9/7/11 | K | A | |
| 90. --PIMCO Emerging Local Bond Fund | | | | | Buy | 5/25/11 | K | | |
| 91. --DFA Emerging Markets Core Equity Portfolio | | | | | Buy | 5/17/11 | L | | |
| 92. --See Line 91 | | | | | Buy (add'l) | 10/14/11 | J | | |
| 93. --DFA Emerging Markets Small Cap Portfolio | | | | | Buy | 5/27/11 | K | | |
| 94. --DFA International Core Equity Portfolio | | | | | Buy | 9/7/11 | K | | |
| 95. --DFA International Small Cap Value Portfolio | | | | | Buy | 5/25/11 | M | | |
| 96. --DFA U.S. Core Equity 2 Portfolio | | | | | Buy | 5/19/11 | M | | |
| 97. --See Line 96 | | | | | Buy (add'l) | 5/27/11 | L | | |
| 98. --See Line 96 | | | | | Buy (add'l) | 8/24/11 | J | | |
| 99. --See Line 96 | | | | | Buy (add'l) | 9/6/11 | L | | |
| 100. --DFA U.S. Small Cap Value Portfolio | | | | | Buy | 5/20/11 | M | | |
| 101. --DFA U.S. Micro Cap Portfolio | | | | | Buy | 5/26/11 | L | | |
| 102. --Schwab Advisors Cash Reserve Premier Fund | | | | | Buy | 5/11/11 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tatel, David S. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Life Insurance- Massachusetts Mutual Life Insurance | D | Int./Div. | M | T | | | | | |
| 104. Rental property, Rappahannock County, VA (8/2/96 $86,600) | D | Rent | L | R | | | | | |
| 105. Rental property, Montgomery County, MD ($1,445,690) | | None | | | Closed | 1/1/11 | | | |
| 106. Maryland College Investment Plan (no control) | | None | L | T | Buy | 12/01/11 | J | | |
| 107. -See Line 106 | | | | | Buy | 12/01/11 | J | | |
| 108. -See Line 106 | | | | | Buy | 12/01/11 | J | | |
| 109. -See Line 106 | | | | | Buy | 12/01/11 | J | | |
| 110. -See Line 106 | | | | | Buy | 12/01/11 | J | | |
| 111. -See Line 106 | | | | | Buy | 12/01/11 | J | | |
| 112. -See Line 106 | | | | | Buy | 12/01/11 | J | | |
| 113. USAA checking & savings accounts | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tatel, David S. | 05/10/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 105- Reporter leased ▮▮▮▮▮▮ for 2 1/2 months in 2010. ▮ lived in the ▮▮▮▮ for all of 2011.

| Name of Person Reporting | Date of Report |
|---|---|
| Tatel, David S. | 05/10/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ David S. Tatel**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544